IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

     Plaintiff,                   No. 2:08-cv-1986 JFM (PC)

    vs.

GOVERNOR GRAY DAVIS, et al.,

     Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.[1]

        Plaintiff claims that his constitutional rights were violated by a 2003 decision of then California Governor Gray Davis to reverse a decision of the California Board of Prison

---

[1] Although plaintiff was in state prison at the time this action was filed, he has been granted habeas corpus relief and prison officials have been directed to release him from state prison. Accordingly, the provisions of of 28 U.S.C. § 1915(b) with respect to the collection of the filing fee cannot be applied to this case.

1

Terms (BPT) finding plaintiff suitable for parole.  Plaintiff names three defendants: former Governor Gray Davis, and two BPT Commissioners, Lawin and R. Lopez.  Plaintiff seeks money damages in the amount of $300.00 per day for every day he has been in prison since the decision complained of herein.

At the time this action was filed, plaintiff had a habeas corpus petition pending in this court challenging the same decision, Case No. 2:05-cv-2237 JAM JFM (HC).  That petition was granted by the district court on October 15, 2008 and respondents in that action were directed to release petitioner from prison forthwith.  Respondents' motion for a stay of that order was denied by the district court on October 22, 2008, and by the United States Court of Appeals for the Ninth Circuit on October 29, 2008.  The Court of Appeals' order specifically provides that "the district court's release order is effectively immediately."  Order, filed October 29, 2008, at 1.  Plaintiff is represented by counsel in his federal habeas corpus proceedings.  Good cause appearing, the Clerk of the Court will be directed to send a copy of plaintiff's civil rights complaint to his counsel in the federal habeas corpus proceedings.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of plaintiff's complaint to Marylou Hillberg, Attorney at Law, PO Box 1879, Sebastopol, CA 95473.

DATED: November 6, 2008.

UNITED STATES MAGISTRATE JUDGE

12
adam1986.o